IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DENISE DAY | § | |
| | § | |
| VS. | § | ACTION NO. 4:15-CV-849-Y |
| | § | |
| SYNCHRONY BANK | § | |

FINAL JUDGMENT

In accordance with the Stipulation to Dismiss (doc. 37) filed on September 14, 2017, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED September 19, 2017.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE